JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237 )
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6488
   Fax: (415) 436-7234
   Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-0103 MAG |
|    Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| MICHELLE RENEE CHAPMAN, ) | |
|    Defendant. ) | |

   Based on the facts set forth in the Declaration of Derek Owens in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Michelle Renee Chapman, 4445 3rd Street, San Francisco, California, 94124. The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

                                                         Respectfully submitted,

                                                         JOSEPH P. RUSSONIELLO
                                                         United States Attorney

Dated: 3/5/08

                                                         DEREK R. OWENS
                                                         Assistant United States Attorney

MOTION FOR SUMMONS
Case No. CR 08-0103 MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-0103 MAG |
| Plaintiff, ) ) | |
| ) | **[PROPOSED] ORDER FOR SUMMONS** |
| v. ) ) | |
| MICHELLE RENEE CHAPMAN, ) ) | |
| Defendant. ) ) | |

Having reviewed the Declaration of Derek Owens, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant MICHELLE RENEE CHAPMAN, 4445 3rd Street, San Francisco, California, 94124, appear on March 19, 2008, at 9:30 am before Magistrate Judge Joseph C. Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____

JOSEPH C. SPERO
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0103 MAG