JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHELLE RENEE CHAPMAN, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR 08-0103 MAG <br><br> **DECLARATION OF DEREK OWENS IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |

I, Derek Owens, hereby declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office and I am assigned to the prosecution of this case. I have received the following information from officers and agents employed by the United States Department of Homeland Security Office of the Inspector General.

2. Hurricane Katrina hit the United States on August 25, 2005. Following the hurricane, the federal government began distributing disaster relief to those people who were displaced or who sustained property damage as a result of the hurricane. On September 23, 2005, Michelle Renee Chapman, a resident of San Francisco, California, filed two Federal Emergency Management Agency (FEMA) applications for disaster relief. One of the applications was in her name, and

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 08-0103 MAG

| | |
|---|---|
| 1 | the other was in the name of Michelle Holmes. Chapman subsequently received two FEMA |
| 2 | checks totaling $4,000. |
| 3 | 3. In her first FEMA application, Chapman stated that: 1) her primary residence was 1021 |
| 4 | Jefferson Ave., Apt.1, New Orleans, Louisiana; 2) she was displaced after the hurricane; 3) her |
| 5 | home was damaged by the disaster; 4) she had personal property damaged by the disaster; 5) that |
| 6 | she had auto damage to a 1999 Olds Cutlas; and 6) that she had disaster related expenses due to |
| 7 | the disaster. |
| 8 | 4. In her second application in the name of Michelle Holmes, Chapman stated that: 1) her |
| 9 | primary residence was 687 Jefferson Ave., New Orleans, Louisiana; 2) she was displaced after |
| 10 | the hurricane; 3) her home was damaged by the disaster; 4) she had personal property damaged |
| 11 | by the disaster; 5) access to her home was restricted due to the disaster; and 6) that she had |
| 12 | disaster related expenses due to the disaster. |
| 13 | 5. Checks for both applications were mailed on September 24, 2005, and subsequently |
| 14 | cashed at Kennedy Market in San Francisco on October 3, 2005. The signatures on the two |
| 15 | checks appear to have been made by the same person. |
| 16 | 6. In a written statement, Chapman admitted to cashing the two FEMA checks, both in the |
| 17 | amount of $2,000. The first was made out to Holmes, and the second was made out to Chapman. |
| 18 | 7. The proof of Chapman's residency in the Bay Area was her San Francisco Housing |
| 19 | Authority Section 8 Housing Department Contract and Lease Agreement. The lease agreement |
| 20 | shows that since January 9, 2003, Chapman had been the lessee of 4445 Third Street, #408, SF, |
| 21 | CA 94124. |
| 22 | I declare under penalty of perjury according to the laws of the United States of America that |
| 23 | the foregoing is true and correct to the best of my knowledge and belief. |
| 24 | Executed March 5, 2008, at San Francisco, California. |



DEREK OWENS
Assistant United States Attorney

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 08-0103 MAG
-2-