```
                              FILED
                        2008 MAR -6  AM 11:45
                        RICHARD W. WIEKING
                              CLERK
                        U.S. DISTRICT COURT
                         NO DIST OF CA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-0103 MAG |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER FOR SUMMONS |
| v. ) | |
| MICHELLE RENEE CHAPMAN, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Derek Owens, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant MICHELLE RENEE CHAPMAN, 4445 3rd Street, San Francisco, California, 94124, appear on March 19, 2008, at 9:30 am before Magistrate Judge Joseph C. Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: March 6, 2008

Judge Joseph C. Spero

ORDER FOR SUMMONS
Case No. CR 08-0103 MAG