JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0103 MAG |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING FROM MARCH 24, 2008 TO MARCH 26, 2008 |
| MICHELLE RENEE CHAPMAN, ) | |
|     Defendant. ) | |

    On March 19, 2008, Michelle Renee Chapman appeared before the Court for an initial appearance. At that time, the Court found Ms. Chapman eligible for court appointed counsel and scheduled an identification of counsel hearing for March 24, 2008 at 9:30 a.m. Following the March 19 hearing, the Federal Public Defenders Office arranged for Shana Keating, Esq. to represent Ms. Chapman pursuant to the Criminal Justice Act. Prior obligations leave Ms. Keating unable to be present for the March 24 hearing. Therefore, the parties hereby jointly and

//

//

STIP. AND ORDER
CR 08-0103 MAG

respectfully request that the hearing currently scheduled for this matter on March 24, 2008, at 9:30 a.m., be continued to March 26, 2008, at 9:30 a.m.

SO STIPULATED:

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

DATED: ___3/21/2008___              /s/ Derek Owens
                                          _____
                                                DEREK R. OWENS
                                                Assistant United States Attorney

DATED: ___3/21/2008___              /s/ Shana Keating
                                                _____
                                                SHANA KEATING
                                                Attorney for Michelle Renee Chapman

    The identification of counsel hearing currently set before this Court on March 24, 2008, at 9:30 a.m., is hereby continued to March 26, 2008, at 9:30 a.m., before the Honorable Joseph C. Spero.

SO ORDERED.

DATED:_____                                 _____
                                                THE HONORABLE JOSEPH C. SPERO
                                                United States Magistrate Judge