JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0103 MAG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER CONTINUING HEARING FROM |
| | ) | MARCH 24, 2008 TO MARCH 26, 2008 |
| MICHELLE RENEE CHAPMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 19, 2008, Michelle Renee Chapman appeared before the Court for an initial

appearance.  At that time, the Court found Ms. Chapman eligible for court appointed counsel and

scheduled an identification of counsel hearing for March 24, 2008 at 9:30 a.m.  Following the

March 19 hearing, the Federal Public Defenders Office arranged for Shana Keating, Esq. to

represent Ms. Chapman pursuant to the Criminal Justice Act.  Prior obligations leave Ms.

Keating unable to be present for the March 24 hearing.  Therefore, the parties hereby jointly and

//

//

STIP. AND ORDER
CR 08-0103 MAG

1  respectfully request that the hearing currently scheduled for this matter on March 24, 2008, at

2  9:30 a.m., be continued to March 26, 2008, at 9:30 a.m.

3

4  SO STIPULATED:

5                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney
6

7  DATED: _____    /s/ Derek Owens
                    3/21/2008            _____
8                                           DEREK R. OWENS
                                            Assistant United States Attorney
9

10 DATED: _____    /s/ Shana Keating
                    3/21/2008            _____
11                                          SHANA KEATING
                                            Attorney for Michelle Renee Chapman
12

13

14     The identification of counsel hearing currently set before this Court on March 24, 2008, at

15 9:30 a.m., is hereby continued to March 26, 2008, at 9:30 a.m., before the Honorable Joseph C.

16 Spero.

17

18 SO ORDERED.

19

20 DATED: _____    _____
                March 24, 2008
21                                          THE HON                    SPERO
   United Sta                                   Judge Joseph C. Spero
22

23

24

25

26

27

28

STIP. AND ORDER
CR 08-0103 MAG                    2