AO 86A (Rev. 5/85) Consent to Proceed -- Misdemeanor

## United States District Court

_Northern_ _____ DISTRICT OF ___ California .

**FILED**

UNITED STATES OF AMERICA

V.

_Michelle Renee Chapman_

MAY X 9 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE IN
A MISDEMEANOR CASE**

CASE NUMBER: CR08-0103 JCS

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

**I HEREBY:   Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.**

x _Michele / Rene Chapman_
                                                    Defendant

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

**I HEREBY:   Waive (give up) my right to trial by jury.** _____
                                                    Defendant

Consented to by United States _____
                                                    Signature

_____
                                                    Name and Title

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

**I HEREBY:   Waive (give up) my right to have at least thirty days to prepare for trial.**

X _____
                                                    Defendant

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

_____
Defendant's Attorney (if any)

_for   Shona Kerting_

Approved By: _____

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
U.S. Magistrate

_5/9/08_
Date