1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, 11th Floor
6    San Francisco, California  94102
     Telephone:  (415) 436-6488
7    Fax:  (415) 436-7234
     Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9
                     UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )     No. CR 08-00103 MAG
14                                   )
            Plaintiff,               )
15                                   )     STIPULATION AND [PROPOSED]
       v.                            )     ORDER CONTINUING HEARING AND
16                                   )     EXCLUDING TIME UNDER THE
   MICHELLE RENEE CHAPMAN,           )     SPEEDY TRIAL ACT FROM JULY 18,
17                                   )     2008 TO  AUGUST 19, 2008
            Defendant.               )
18  _____)
                                     )
19

20

21       On June 27, 2008, the parties in this case appeared before the Court for a status conference

22  for this case.  At that time, the parties requested a trial or motion setting hearing to be scheduled

23  for July 18, 2008, at 10:30 a.m.  Since that time, the parties have been in discussions and appear

24  to be close to a resolution, however it is clear that the resolution will not be reached by July 18.

25  It is anticipated that there will be a resolution by August 19.  Therefore, the parties hereby jointly

26  and respectfully request that the hearing previously scheduled for July 18, 2008 be continued to

27  9:30 a.m. on August 19, 2008.

28       The parties agree that granting the continuance is the reasonable time necessary for effective

STIP. AND ORDER
CR 08-0103 MAG

preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C.

§ 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice served by granting such a

continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18

U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: _____         7/16/2008        /s/ Derek Owens
                                                 _____
                                                 DEREK R. OWENS
                                                 Assistant United States Attorney


DATED: _____         7/16/2008        /s/ Ronald Tyler
                                                 _____
                                                 SHANA KEATING
                                                 Attorney for Ms. Chapman


    The change of plea and sentencing hearing previously scheduled for July 18, 2008 be

continued to 9:30 a.m. on August 19, 2008, before the Honorable Joseph c. Spero.  The Court

also finds that an exclusion of time between July 18, 2008 and August 19, 2008, is warranted and

that the ends of justice served by the continuance outweigh the best interests of the public and

the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the

requested continuance would deny defense counsel the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence, and would result in a miscarriage

of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____          _____
                              THE HONORABLE JOSEPH C. SPERO
                              United States Magistrate Judge

STIP. AND ORDER
CR 08-0103 MAG                    2