JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6488
   Fax:  (415) 436-7234
   Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00103 MAG |
| ) | |
|    Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING HEARING AND |
| ) | EXCLUDING TIME UNDER THE |
| MICHELLE RENEE CHAPMAN, ) | SPEEDY TRIAL ACT FROM JULY 18, |
| ) | 2008 TO  AUGUST 19, 2008 |
|    Defendant. ) | |
| ) | |

   On June 27, 2008, the parties in this case appeared before the Court for a status conference for this case.  At that time, the parties requested a trial or motion setting hearing to be scheduled for July 18, 2008, at 10:30 a.m.  Since that time, the parties have been in discussions and appear to be close to a resolution, however it is clear that the resolution will not be reached by July 18. It is anticipated that there will be a resolution by August 19.  Therefore, the parties hereby jointly and respectfully request that the hearing previously scheduled for July 18, 2008 be continued to 9:30 a.m. on August 19, 2008.

   The parties agree that granting the continuance is the reasonable time necessary for effective

STIP. AND ORDER
CR 08-0103 MAG

1  preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C.
2  § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice served by granting such a
3  continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18
4  U.S.C. § 3161(h)(8)(A).
5  SO STIPULATED:

6                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
7
8  DATED: 7/16/2008                                  /s/ Derek Owens
                                                     DEREK R. OWENS
9                                                    Assistant United States Attorney

10
11 DATED: 7/16/2008                                  /s/ Ronald Tyler
                                                     SHANA KEATING
12                                                   Attorney for Ms. Chapman
13

14     The change of plea and sentencing hearing previously scheduled for July 18, 2008 be
15 continued to 9:30 a.m. on August 19, 2008, before the Honorable Joseph c. Spero.  The Court
16 also finds that an exclusion of time between July 18, 2008 and August 19, 2008, is warranted and
17 that the ends of justice served by the continuance outweigh the best interests of the public and
18 the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the
19 requested continuance would deny defense counsel the reasonable time necessary for effective
20 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
21 of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
22 SO ORDERED.
23
24 DATED: July 17, 2008                              _____
                                                     THE HONORABLE JOSEPH C. SPERO
25                                                   United States Magistrate Judge
26
27
28

STIP. AND ORDER
CR 08-0103 MAG                                  2